IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT | Case No. <u>1:23-mj-00108-DKG</u> |
| | *Filed Under Seal* |

### AFFIDAVIT IN SUPPORT OF<br>CRIMINAL COMPLAINT

I, Stacie Lockner, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I submit this affidavit is support of an application under Rule 4 of the Federal Rules of Criminal Procedure for an arrest warrant for the persons of Timber Roberts, Brooks Roberts, and Judy Roberts. This affidavit is being filed in conjunction with a criminal complaint charging the defendants individually with the following offenses:

    a.   <u>Timber Roberts</u>

        i.   Disorderly Conduct, in violation of 36 C.F.R. § 261.4(b);

        ii.   Camping on Forest Service Land for a Period Longer than Allowed, in violation of 36 C.F.R. § 261.58(a); and

        iii.   Occupying a Developed Recreation Site for Other than Recreation Purposes, in violation of 36 C.F.R. § 261.16(a).

    b.   <u>Brook Roberts</u>

        i.   Camping on Forest Service Land for a Period Longer than Allowed, in violation of 36 C.F.R. § 261.58(a); and

        ii.   Occupying a Developed Recreation Site for Other than Recreation Purposes, in violation of 36 C.F.R. § 261.16(a).

1

    c. <u>Judy Roberts</u>

        i. Camping on Forest Service Land for a Period Longer than Allowed, in violation of 36 C.F.R. § 261.58(a); and

        ii. Occupying a Developed Recreation Site for Other than Recreation Purposes, in violation of 36 C.F.R. § 261.16(a).

2.     I am a Federal Law Enforcement Officer with the United States Forest Service (USFS), and have been so employed since June 2018. I am assigned to the Payette National Forest, McCall Idaho. As a USFS Law Enforcement Officer (LEO), I am responsible for performing full-time law enforcement duties including executing and serving federal warrants, subpoenas, making warrantless arrests, detection, investigation, apprehension, detention, and prosecution activities associated with the enforcement of the laws and regulations relating to National Forest System Lands and resources under Title 36 of the Code of Federal Regulations (CFR).

3.     Prior to employment with the USFS, I worked for the United States Courts as Federal Probation Officer from June 2016 to June 2018, and prior to that from April 2010 to June 2016, I served as a felony Probation/Parole Officer for the State of Idaho. In these roles I supervised caseloads of between 50-70 people convicted of State and Federal Felony crimes. During this tenure I supervised offenders and implemented necessary treatment or violation proceedings through assessment and monitoring. I enforced court-ordered treatment and training, and maintained personal contact with offenders, including field contacts with no backup, to assess compliance and risk factors, lifestyle choices, and mental health issues.

4.     During my law enforcement career, I have worked with hundreds of people struggling with substance abuse, mental health, financial, or housing problems in both a case management as well as an enforcement approach.

5.     Prior to becoming a USFS Law Enforcement Officer I completed Land Management Police Training (LMPT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, and the FLETC Drug Enforcement Training Program (DETP).

6.     The subsequent information contained in this affidavit is based upon my personal participation in this investigation, including examination of reports, as well as information relayed to me by other federal agents and local police officers participating in this investigation.

## PROBABLE CAUSE FOR ARREST

7.     The Roberts Family (brothers Brooks Roberts and Timber Roberts, and their mother, Judy Roberts) have been illegally living on Untied States Forest Service and Bureau of Land Management (BLM) public lands since late 2020. Their illegal conduct and behavior, including unseemly interactions with law enforcement and other public land users, have created a major nuisance on the public lands that continues to the present day. The Roberts Family has been cited with tickets by BLM and Forest Service and appeared at times at Central Violations Bureau (CVB) court. None of these efforts have been successful in deterring the Roberts Family from continuing to violate the law.

8.     On February 17, 2023, an Information was filed charging the family with multiple misdemeanor violations. (*See* Information, ECF No. 1, Case No. 1:23-cr-00053-DKG.) The individual family members were later arraigned by the Honorable Debora K. Grasham, U.S. Magistrate Judge, on March 23, 2023. At the time of their Initial Appearance, each defendant was granted pre-trial release and ordered to, among other things, not violate any federal, state, or

local law while on release. (*See* ECF Nos. 29, 30, and 31, Order Setting Conditions of Release.) Since the date of this order, the Roberts Family has continued to violate numerous federal laws. Due to recent threatening actions by Timber Roberts, these violations have become particularly acute because of the safety risk they pose to the local community and law enforcement officers. I believe that probable cause exists that the individual members of the Roberts Family have committed the violations of law listed above. I further request the Court issue a warrant authorizing their arrest.

9.     In support of this Complaint, and to provide important context, I provide the following history of the Roberts Family's violations since 2020 to the present, and information showing the most-recent violations of the law listed in the Complaint.

<u>DETAILED CASE SUMMARY AND BACKGROUND</u>

<u>Past Conduct (2020-2021)</u>

10.     In October 2020, Timber, Brooks, and Judy Roberts began living on Forest Service lands on the Boise National Forest. They moved to the forest with their vehicles, campers, and other equipment after they were evicted from their residence in Emmett, Idaho. Though they moved their camp on forest lands a couple times, the Roberts Family lived on Forest Service lands continuously from October 2020 to October 2021. Many complaints came in from the public about the family living on the forest, including complaints about the family's many vehicles and the trash around their camp. On December 2, 2020, USFS Law Enforcement Officer Albright explained to the Roberts Family the rules regarding the 14-day camping limit at their camp. On April 14, 2021, USFS Officer Albright again explained to the family that they cannot live on National Forest lands and must vacate. During that meeting, Timber claimed they now have "squatters rights" since they have been in the location for over

190 days. Timber further explained that this was the law "anywhere in Idaho," but was corrected by USFS Officer Albright.

11.     On May 12, 2021, USFS Officer Albright located the family in a new location but still on the Boise National Forest. During this meeting, Officer Albright explained to Brooks that they have been in this location over 14 days and need to leave the area. Brooks claimed to Officer Albright that they cannot leave because there are no camping spots in "Ada County." While still speaking with Brooks, Timber exited the bus door yelling and swearing at USFS Officer Albright, stating he had pulled him over while riding his "hog." His "hog," is a reference to Timber Roberts' motorcycle. Timber was extremely angry and claimed that the officers were "[stalking] them" and that it needs to "stop." When USFS Officer Albright ordered Timber away from the bus and towards the back of a vehicle and to sit down, Timber told the officer: "I will have your badge," and stated, "you're a prick, a fucking prick," and a "crooked fucker." After a citation was issued Timber used his whole arm pointing and yelling in an aggressive manner that the officer was "a corrupt bitch."

12.     On June 12, 2021, the Boise County Sheriff's Office received information that a member of the public and his two young sons were threatened by a man on Grimes Creek Road who was wielding a machete. Further investigation identified the suspect as Timber Roberts. This occurred while Timber Roberts and his family were living at their unlawful camp in the area.

13.     On July 3, 2021, USFS Officer Albright contacted Judy and Brooks Roberts at their illegal camp to check on them, and to check on their progress in moving off National Forest lands. During the encounter, Judy Roberts continually referred to Officer Albright as a "dick," a

"fucking dick," and noting his job is to be a "dick!" USFS Officer Albright again advised the Roberts that they cannot continue to live on the forest and discussed in length the reasons why.

14.     Over the proceeding months, USFS officers contacted the family on various occasions, educating them on the rules, to include the 14-day stay limit. Officers provided suggested places they could go or call for assistance in the nearby city of Boise. There is no doubt that the Roberts Family knew their conduct was unlawful and that they needed to move. However, their conduct continued, and the family did not move.

15.     Only after months of residing on the National Forest Lands, and multiple warnings for sanitation issues, did the USFS law enforcement officers cite each member of the Roberts Family with multiple tickets related to the family's conduct in 2020-2021. However, after refusing to pay fines, admit wrongdoing, or otherwise cease their unlawful behavior during interactions/discussions with the U.S. Attorney's Office at CVBs, the U.S. Attorney's Office filed a four-count information against the family. (*See* Information, ECF No. 1, *United States v. Brooks Roberts, Timber Roberts, and Judy Roberts*, Case No. 21-po-00201-CWD.) The defendants pled not guilty, and U.S. Magistrate Judge Candy Dale set the matter for bench trial on October 12, 2021. Because only class B misdemeanors were at issue, and because the United States waived jail time at arraignment, the Court did not appoint counsel for the Defendants.

16.     Timber, Brooks, and Judy Roberts appeared for trial as scheduled, but at the appearance the family indicated a desire to voluntarily pay fines instead of proceeding to trial. With the acquiescence of the United States, Timber, Brooks, and Judy Roberts thereafter agreed to pay fines related to their conduct and entered into separate signed payment agreements with the United States so that they could pay those fines over time. The Roberts Family also agreed to vacate Forest Service lands and clean up their camp near Idaho City, Idaho.

17. On October 12, 2021, Judge Candy Dale signed, ordered, and approved the Roberts Family payment agreements. Within days of the Court hearing, the Roberts Family moved from the Forest Service lands.

18. It should be noted that as of Spring 2022, Brooks Roberts and Timber Roberts are in default and delinquent on the fines they were sentenced to pay when they agreed to pay fines in order to avoid trial in October 2021. *See* Citations in Default - Violation Number FBHL0019 (Timber Roberts); Violation Number FBHL001H (Brooks Roberts); Violation Number FBHL001A (Brooks Roberts).

### Unlawful Conduct on BLM Lands (December 2021 – October 2022)

19. Despite knowing the rules and having gone through the CVB process in 2020-2021, the Roberts Family almost immediately began unlawfully living on public lands again after they vacated their Forest Service camp at the end of October 2021.

20. After vacating Forest Service lands near Idaho City, the Roberts Family eventually moved their camp to BLM land off Kuna Mora Road, south of Interstate 84, and very close to the Blacks Creek public shooting range. BLM law enforcement first observed the Roberts Family at this location on December 3, 2021, and the family's camp remained there unlawfully until approximately October 20, 2022 (10 months).

21. On December 18, 2021, BLM Officer Clevenger contacted Brooks Roberts at the Roberts camp on BLM land. During this contact, BLM Officer Clevenger asked if the Roberts Family had a plan to leave as their 14-day stay limit had passed and they were, as of that date, illegally occupying the land. Brooks Roberts stated they had nowhere to go and asked if BLM Officer Clevenger had a place for them to go; Brooks further asked if Clevenger would personally take him to this other hypothetical place. BLM Officer Clevenger explained that he

wanted to work with the family but that they need to make a plan to move from BLM lands or at least move a minimum of 25 miles from their current spot. BLM Officer Clevenger continued to explain that he had previously provided Judy contact information for Interfaith Sanctuary in Boise and asked Brooks if the family had reached out to that entity. Brooks did not know if his mom had reached out, but BLM Officer Clevenger encouraged him to call and see what resources were available for the family. During the encounter, BLM Officer Clevenger continually requested that the family make a plan and put forth effort to move and become compliant. Brooks Roberts indicated they would try to be out by "Tuesday" of the next week, and before Christmas 2021. Prior to leaving, BLM Officer Clevenger confirmed that the family had food and water and asked if Judy requires medical treatment for her feet.

22.     As of mid-May 2022, the Roberts Family remained living on BLM public lands off Kuna-Mora Road in defiance of BLM's orders to vacate.

23.     On May 15, 2022, BLM Clevenger contacted Brooks and Timber Roberts at the camp on BLM lands. Judy Roberts was not present because she was in a nursing home at the time. Judy Roberts was in a nursing home because she had acquired frost bite from living in the bus on BLM land over the winter. As a result of the frostbite, Judy Roberts had to have both feet amputated. During the interaction on May 15, 2022, BLM Officer Clevenger asked Brooks and Timber if they had a plan to move, as the camp had been on BLM land for six months. BLM Officer Clevenger indicated he would have to start writing citations and told the Roberts brothers that he was worried about the large amount of trash, multiple vehicles, jugs of urine, and solar panels present. Based on the equipment, size and overall look of the camp, BLM Officer Clevenger indicated that it looked like they had taken permanent residence here. Brooks denied that they would be there permanently. During the encounter, BLM Officer Clevenger asked if the

8

Roberts had weapons/guns in the camp, and Brooks said "ya, hunting" a couple of "hunting guns." Brooks clarified that there were guns in both his trailer and Timber Roberts' bus. BLM Officer Clevenger discussed his concerns that the family is obtaining more and more belongings to include vehicles and motorcycles. BLM Officer Clevenger noted that the Roberts Family should not spend money on more vehicles and should use that money for housing resources. Officer Clevenger ordered the Roberts to vacate the land and properly dispose of all garbage and remove all personal belongings and explained that he will return in three days to check on their progress.

24.     On May 22, 2022, BLM Officer Clevenger contacted Brooks and Timber Roberts at the camp on BLM land. During the encounter, Timber Roberts admitted to buying a van and BLM Officer Clevenger again discussed camping stay limits with the brothers. Brooks Roberts stated that Timber Roberts arrived at the camp on April 1, 2022; Timber had been living in Oregon for a time before that. By May 22, 2022, Timber Roberts had already been living at the camp for longer than permitted. BLM Officer Clevenger asked both Brooks and Timber Roberts what the stay limit is "legally" and Timber said "14-days…but.." BLM Officer Clevenger then told them they need to move within eight days, or they would be cited. BLM Officer Clevenger also suggested that the family contact Brooks' employer (Wal-Mart) and ask if they can short term reside in the parking lot at Walmart, as he has noticed multiple families living in Wal-Mart parking lots.

25.     In addition to educating the Roberts Family on May 22, 2022, BLM Officer Clevenger spoke with Brooks and Timber Roberts about resources in Boise to help people in their situation. Timber Roberts indicated he was getting $841 per month and that he had called a place about apartments and was told he needed to fill out a "shit load" of paperwork and that the

9

wait could be up to two years. Timber Roberts stated that he is not willing to wait that long. BLM Officer Clevenger noted that Timber had nothing but time and to fill out the paperwork. BLM Officer Clevenger thereafter provided the phone number for the CATCH Program, a program which assists families by inspiring stable housing, financial independence, and resilience. Officer Clevenger also asked the Roberts brothers if they had ever contacted Interfaith Sanctuary. The Roberts brothers said they did contact Interfaith, but that the entity said they did not have a place for them and asked them to fill out paperwork to get on the wait list. BLM Officer Clevenger confirmed they did not fill out any paperwork. During the encounter, on May 22, 2022, BLM Officer Clevenger provided the Timber and Brooks Roberts the phone number for the Ada County Crisis Housing Hotline. It should be noted that Books Roberts had an operational cell phone at this time.

26.     On June 3, 2022, BLM Law Enforcement Officers David Robinson and Bryan Adams contacted Timber and Brooks Roberts at the camp, where the family was still living. Timber Roberts, when asked if he has stayed over 14 days, responds as follows: "I already told them in court, I'm not going to obey these stupid fucked up laws . . . I'm sorry, I told them already in court, that's out the window (following the laws)." Timber and Brooks agreed during this meeting that the BLM has been reasonable in their request for the family to remove themselves and property from public lands. Timber Roberts told Officer Robinson that he will not "accept" any citations. Officer Robinson asked if the brothers would be amenable to them sending social workers out to the camp to assist them with housing. The Roberts brothers stated that if they can give them somewhere to live then absolutely.

27.     On June 16, 2022, BLM Officer Bryan Adams escorted two representatives from CATCH to the Roberts camp to establish initial contact.

28. As of mid-August 2022, the Roberts Family was still living on BLM land at the same camp off Kuna-Mora Road.

29. On August 18, 2022, BLM Officer Adams confirmed with the CATCH program that the Roberts were in contact with them, and that CATCH was providing the family with propane/gas, food and water on a weekly basis and getting them signed up for the housing program. Additionally, as of May 4, 2023, CATCH confirmed that both Timber and Brooks remain active on the Permanent Supportive housing list. During the summer of 2022, CATCH reported that Timber was receiving SSI payments at the time they were engaged. CATCH was able to get Brooks seen at Full Circle Clinic for a couple of appointments for his medical conditions. CATCH also assisted him in applying for Medicaid and SNAP benefits.

30. During the Roberts Family's unlawful stay on BLM lands, the family kept their large camp area in a state of filth, and because of their unlawful possession of the lands, rendered the land unusable by other public land users. The family also discouraged other public land users from using the lands around and near their camp. On one occasion in August of 2022, Timber Roberts told a nearby target shooter that he (Timber) had "purchased" the land from BLM, and that the target shooter had to leave because the land was "private." None of that was true, but Timber successfully used those lies to force the target shooter out of the area. BLM learned of the incident when the target shooter later reported it to BLM.

31. During the Roberts Family's stay on BLM land, BLM law enforcement officers repeatedly educated and warned the family that they were violating occupancy and use restrictions by camping in the same spot for more than 14 days. The family did not heed the warnings, even after Judy Roberts got frostbite and had both feet amputated because she was unsafely overwintering on BLM lands in a bus. After the injury, Judy Roberts was moved into a

nursing home for a period of time, but her sons (Brooks and Timber) ultimately moved her back to the illegal camp in the late summer or fall of 2022. Judy now has prosthetics and can walk with the aid of a walker.

32.     Sometime between August 2022 and December 2022 Brooks Roberts reports being injured while working night shift at Wal-Mart and now has paralysis in both legs and is wheel-chair bound.

33.     Contacts between BLM law enforcement and the Roberts Family became more contentious over time, often resulting in cussing and anger, and sometimes in threats. For example, on August 20, 2022, during an interaction with BLM law enforcement officers, BLM law enforcement told Timber that other people were permitted to use the area near the Roberts' camp because it was public land that the family did not own. Timber responded by saying that the area around their camp was "their" area and claimed that "possession was 9/10ths of the law." He continued by noting "We are possessing this land; therefore, it is ours" and said other people needed to "stay the fuck away."

34.     As the interaction continued, BLM law enforcement again explained that others could use the land because it was public, to which Timber responded: "If they touch our stuff, they're going to get shot." After Timber explained to law enforcement his theory on why he was "allowed to kill people" if they touched the family's stuff, BLM officers told Timber he could not make such threats, and that if he continued, BLM would be forced to physically remove all of the family's stuff to get them off BLM land. Timber responded to Officer Adams: "You touch my shit . . . Boom." On further questioning, Timber Roberts denied it was a threat, but said officers could take the word "Boom" anyway they wanted.

35.     As of October 1, 2022, Brooks, Timber, and Judy Roberts remained living at their camp on BLM lands even though they knew their conduct was unlawful.

36.     On October 5, 2022, BLM LEOs Bryan Adams, Colby Clevenger, and Paul Netter visited the Roberts at the camp. BLM LEOs visited the camp to (1) remind the Roberts Family again that they remained in violation of the 14-day stay limit, (2) to deliver them written notice of the violations and an order to vacate, and (3) to conduct a welfare check. The written notice delivered to the Roberts Family by the BLM LEOs was dated October 5, 2022 and titled "Final Violation Notice." The notice reeducated the family as to the camping limits, described multiple violations being committed by the Family, and described potential consequences. The written notice also referenced the Roberts Family's illegal camp on Forest Service lands in 2021, noted that "prior verbal warnings to vacate have gone unheeded," and gave the Roberts until October 21, 2022, to vacate BLM lands. The written notice described the potential consequences of the family's failure to vacate, including "removal of your property and the filing of criminal charges."

37.     After repeated interactions with law enforcement and warnings to vacate the campsite, the Roberts Family eventually left in October 2022. In total, they had camped on BLM land continuously from December 3, 2021, until approximately October 20, 2022. Brooks Roberts lived at the camp during the entire time. Timber Roberts lived at the camp from at least April 1, 2022, to October 20, 2022. Judy Roberts lived at the camp the entire time, except for a period where she was living at a nursing home after her feet were amputated.

<u>Unlawful Conduct on Forest Service Lands (October 2022 – Present)</u>

38.     After vacating BLM lands on or about October 20, 2022, the Roberts Family moved their camp to Forest Service lands. Specifically, the Roberts Family moved their camp

13

(including vehicles, a 5th wheel, camper, solar panels, a motorcycle, motorcycle trailer and other equipment) to the West Face Trailhead parking lot, a developed recreation site on Forest Service lands just outside McCall, Idaho.



*(Photograph of the Roberts Family West Face Trailhead Campsite during winter 2023.)*

39.      The Roberts Family has been living in and occupying a portion of the Forest Service's West Face Trailhead parking area continuously since at least October 31, 2022. Despite education and warnings from Forest Service law enforcement, the family has not moved; they have claimed that they have no place to go and/or that they lack the money to move anywhere. They have stated that they will move if "you" give us a house. Timber Roberts has also denied that he needs to follow the 14-day camping limit, telling law enforcement at one point that he already told "the judge" that he would not follow that law, and noting: "I will not obey the 14-day limit because it is not in the constitution" or "the declaration of independence."

40.   Since relocating to this new campsite, interactions between law enforcement and the Roberts Family have become increasingly contentious. The following interactions occurred on November 17, 2022, and December 23, 2022:

    a.   <u>November 17, 2022</u> – BLM LEO Bryan Adams and USFS LEO Stacie Lockner visited the Roberts camp. During the contact, Timber Roberts was angry that BLM LEO Adams accompanied USFS LEO Lockner on the visit, saying of Adams and BLM, "They're out of their jurisdiction!" Timber then yelled, "leave me the fuck alone or somethings going to happen fast. Go away!" As the contact continued, Timber added the following: "You touch our stuff and things are going to badly happen," and "Touch our shit and someone's going to go down bad."

    b.   <u>December 23, 2022</u> – USFS LEO Stacie Lockner visited the Roberts camp. Timber Roberts once again expressed anger toward BLM LEO Adams, describing Adam's conduct as "treason," and noting "that's a hanging offense!" Later, and still expressing outrage at BLM LEO Adams, Timber Roberts told LEO Lockner that LEO Adams was "about to get his ass majorly hurt with booby traps." LEO Lockner asked for clarification with respect to who Timber was talking about, and Timber confirmed that the booby trap comment was directed at BLM LEO Bryan Adams. Timber also said, "I will not obey the 14-day limit because it is not in the constitution . . . or Declaration of Independence."

41.   In light of the new threats made by Timber Roberts and his past conduct, Forest Service Patrol Captain Jade Sumsion requested that the U.S. Attorney's Office consider filing a

criminal threats charge against Timber Roberts. Captain Sumsion further ordered Forest Service law enforcement to change the way they interact with the Roberts Family, including asking LEO Lockner to avoid direct contact with the family if possible. Instead, Lockner was instructed to simply drive by the illegal camp to confirm their continuing unlawful presence.

42.     On January 9, 2023, the Roberts Family attended an initial appearance for a CVB violation due to a mandatory appearance notice issued by USFS LEO Stacie Lockner for residing on National Forest lands. Timber was extremely hostile during the communication with AUSAs Robert Firpo and Pete Wucetich. Timber became angry and out-of-control during the meeting, at one point pounding his fists into his hands. During this incident, the following statements were made by the family, mostly Timber:

     a.   "When I find out who took my money I'm going to fuck them up!"

     b.   "You keep fucking us over!"

     c.   "You keep sending these dicks to us!" (Pointed finger at the LEO's)

     d.   "There will be booby traps around camp!"

     e.   "Fuck you!"

     f.   "They are my servants and should kiss my feet!" (Referring to the LEO's)

     g.   "You're going to have to kill me then!"

     h.   "Then leave us the fuck alone, or there will be retaliation!"

     i.   "I better not see that fuck again!" (Referring to BLM Officer Brian Adams)

     j.   "No one's going to be shoving me out of my hometown!"

     k.   "This is me being calm, you haven't seen me pissed off!"

     l.   "Hands will be chopped off!"

     m.   "You think last time was bad, this time will be worse!"

n. "Expect retaliation!"

43. Timber also threatened to throw AUSA Pete Wucetich out the window.

44. After the conduct continued for some time, AUSA Firpo directed Court Security Staff (CSO) to remove Timber from the meeting. Timber was thereafter briefly detained by the U.S. Marshal's Service, and then escorted out of the building and released. This all happened while in communication with the AUSAs, and outside the presence of a judge.

45. On January 23, 2023, the USFS office received two separate complaints from members of the public about the Roberts Family residing at West Face Trailhead and snowmobile parking area. In the first complaint, the individual explained that he was reading information on the kiosk when a person came out of the trailer and accused him of stealing their belongings out of the second trailer. In the second complaint, the individual reported that there was an accident while loading a snowmobile and he called 911 for help. While waiting for help to arrive a younger man came out of one of the camp trailers and began harassing the group. As police arrived, the man returned to his camp trailer. This caller explained that the injured man was transported by ambulance to the hospital. However, due to the interaction with the man living in the parking lot, they were not comfortable leaving the injured man's truck and snowmobiles in the parking lot. He continued to explain that the recreation use in that lot has dropped "tremendously" due to the people (Roberts Family) living there.

46. On February 17, 2023, an Information was filed charging the family with various misdemeanor violations. (*See* Information, ECF No. 1, Case No. 1:23-cr-00053-BLW.) The Information included violations that occurred on both BLM and USFS lands. The individual family members were later arraigned on March 23, 2023, by the Honorable Debora K. Grasham, U.S. Magistrate Judge. Counsel was appointed to represent each family member. Each family

member was also granted pretrial release and ordered to not violate any federal, state, or local law while on release. (*See* ECF Nos. 29, 30, and 31, Order Setting Conditions of Release.) A trial is currently scheduled begin on August 22, 2023.

47. Since filing the pending Information, the Roberts Family has continued to violate the law by camping/living on USFS lands at the West Face Trailhead, in defiance of the Court's Order granting pretrial release. Timber's behavior, in particular, has grown increasingly dangerous. The family's actions now pose an immediate danger to the community and law enforcement officers. Here are three recent incidents which show the immediate danger the Roberts Family poses to the public and law enforcement.

   a. On February 23, 2023, Timber accosted a 20-year-old man who was hired to plow the West Face Trailhead parking lot. While working, the plow-driver reported that a man with a broken arm (Timber) repeatedly came out of his trailer and demanded that he plow the snow from around his vehicles and that if he didn't do so they will be stuck, freeze to death, and it will be attempted murder. Timber also threatened to sue the man. The man reported that he was uncomfortable plowing that lot and worries that Timber might "pull something out and shoot him," or throw himself in front of the plow so he'd have something to sue him over.

   b. On February 26, 2023, after Brooks sent alarming text messages to AUSA Robert Firpo, asking for help and mentioning being left to die by his family, USFS LEO's conducted a welfare check at the Roberts camp in the West Face parking area. Initially the family refused to come out but yelled through the RV to "leave us the fuck alone, or there's going to be a lawsuit." They yelled

at LEO Lockner telling her that a lawsuit is "coming for attempted murder" and referred to her as a "fucking bitch!" Timber eventually exploded out of the door screaming that he broke his "fucking arm because of this bullshit," and that he was "tired of this fucking bullshit!" He went on to say, "the law is fucking corrupt, and you are fucking corrupt you fucking bitch" (still referring to LEO Lockner). He continued yelling at the LEOs and yelled that "you are harassing me," that he wants this to stop, or he will be setting "booby traps," and "people are going to get hurt!" LEO Lockner warned him about booby traps and explained if he set them and the public got hurt then what? He refused to answer just stating that only "one person" has come to the door since they've been there and that the Roberts Family help people get "unstuck." Captain Sumsion then told Timber that he can't be saying stuff about booby traps, and Timber's response was: "I don't give a fuck, it's freedom of speech, fuck you!" Timber then continued saying, "you try to take my freedom away its treason and you will be hung for it." He then returned to his camper.

c. On April 19, 2023, Timber accosted a 70-year-old man, named Randy, at the West Face Trailhead. Randy runs a sales route that takes him to Riggins Idaho, and he said he stopped in the parking area to catch up on his day. He reported being approached by a man (Timber) who was waving his arms and appeared to be yelling. He said he opened the door to his vehicle so he could hear what the person was saying. Randy said the man told him that he "needed to leave his shit alone and get the fuck out of there." Randy responded that he

was not bothering him and didn't need to leave. The man then walked back
towards his camp area and grabbed something of the tailgate of the pickup
that appeared to be a knife. He then waived it at him and walked back toward
Randy at which point Randy told him he was calling the police. Timber
responded that "he is the fucking police [...] he is a special investigator and I
(Randy) need to get the fuck out [...]." Randy immediately left the area to
avoid any further confrontation. Randy said, "This was a very intense
encounter with an individual who presented himself in a very hostile, erratic,
unhinged state of mind, I am a senior citizen. I reacted with flight rather than
fight. I think this is the only thing that deescalated the situation." This offense
is the basis for count one of the complaint charging Timber Roberts with
Disorderly Conduct, in violation of 36 C.F.R. § 261.4(b).

d. On April 23, 2023, an off-duty Forest Service Safety Manager, named Nick,
was offloading his snowmobile at the West Face lot when he was approached
by one of the occupants of the "squatter camp." Nick said the following: "He
mostly rambled incoherently but at multiple occasions mentioned that he
would 'booby-trap' his belonging if any authority attempted to forcibly
remove him or any of his stuff. I never disclosed that I was a forest service
employee and never felt directly threatened during the encounter, but I
definitely got the feeling that the individual was sincere in his threats against
authority."



*(Recent photograph of Roberts Family campsite at West Face Trailhead.)*

48.     In addition to the ongoing concern for the public and law enforcements safety, the

Government is also concerned about the safety of the Roberts Family themselves. Each member

of the Roberts Family suffers from medical conditions that make it hard to live on public lands.

(Judy Roberts' amputated feet, Brooks Roberts' inability to walk/ paralysis, and Timber Roberts

various injuries, including broken arm and alleged surgeries). Given these conditions, in

conjunction with the state of the current camp, the harsh conditions, and lack of resources for the

family in the West Face parking lot, the Roberts Family's continued actions living unlawfully on

public lands are also a danger to themselves.

49.     Timber Roberts has a criminal history that includes the following offenses: Petit Theft (2006), Possession of Drug Paraphernalia (2008) (2014) (2016), Malicious Injury to Property (2010), Invalid Driver's License (2012) (2014) (2015) (2018), Eluding (2014), Inattentive Driving/Failure to Notify Upon Striking Fixture (2016) (2017), Resisting and Obstructing Officers (2018).

50.     Brooks Roberts has a criminal history that includes Disturbing the Peace (2005) and Possession of Drug Paraphernalia (2008).

51.     Judy Roberts has a criminal history that includes Disturbing the Peace (1997), Domestic Battery (1998), and Resisting and Obstructing Officers (2005).

52.     Based upon the aforementioned information, I believe probable cause exists that the Roberts Family members have committed the offenses listed in the Criminal Complaint. I submit this affidavit in support of a criminal complaint and arrest warrant charging them with the listed violations.

53.     I further request that the Court order that the affidavit in support of this criminal complaint be sealed until further order of the Court. If the Roberts Family becomes aware that their arrest is pending, I am concerned that they may arm themselves in a manner that will cause injury to law enforcement or the public upon their arrest. Or they will make efforts to "booby trap" their campsite which could further endanger law enforcement. Accordingly, there is good cause to seal the affidavit because its premature disclosure may seriously jeopardize their arrest.

Stacie Lockner
Law Enforcement Officer
United States Forest Service

Subscribed and sworn to before me this _9th_ day of May, 2023.

Honorable Debora K. Grasham
U.S. Magistrate Judge