# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROOKS ROBERTS, TIMBER ROBERTS, and JUDY ROBERTS,<br><br>Defendants. | Case No. 1:23-MJ-00108-DKG<br><br>**ORDER RE: TRIAL SETTING AND CASE DEADLINES** |

The trial in the above entitled matter as to all Defendants is presently set to commence on July 11, 2023. (Dkt. 14, 17, 47.) The Defendants are charged with similar offenses in a separate case pending before this Court; Case No. 1:23-CR-00053-DKG. The trial in the separate action is scheduled to commence on August 22, 2023. The Court has been advised that all parties agree the two cases should be set for trial on the same date, as the cases involve many of the same witnesses and similar allegations.

Based on the foregoing and being fully advised in the premises, the Court finds the interests of justice and judicial economy warrant resetting the above entitled matter to coincide with the trial setting and case management deadlines in Case No. 1:23-CR-00053-DKG. Fed. Crim. R. 13. Resetting the trial date in this matter will result in a reasonable and short continuance of the trial, and will benefit the parties by allowing additional time to investigate and prepare their cases. Moreover, it will preserve the limited judicial resources of this District.

To the extent it may be applicable, the Court finds the ends of justice served by

continuing the trial setting in this case outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).[1] The continuance will provide counsel a reasonable period of time to effectively review the case and prepare their defenses. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds the continuance may avoid delay resulting from any trial on other charges against the Defendants. 18 U.S.C. § 3161(h)(1)(B). Accordingly, any and all period of delay resulting from this continuance, from the date of this order until the rescheduled trial date is excludable time pursuant to 18 U.S.C. § 3161(h)(1) and (7).

For these reasons, the Court will continue the trial setting in this matter to August 22, 2023 at 12:00 p.m. (MT). The Court will also extend the pretrial filing deadlines and reset the pretrial conference as stated below.

**ORDER**

THEREFORE IT IS HEREBY ORDERED as follows:

1. The trial presently set for July 11, 2023 is **VACATED AND RESET** to **August 22, 2023 at 12:00 p.m. (MT) in Boise Courtroom Six**. The trial is expected to last two to three days.

2. A telephonic pretrial status conference is set for **August 8, 2023 at 1:00 p.m. (MT)**. The Government is directed to initiate the conference call with all opposing counsel on the line to 208-334-9463.

3. Any and all pretrial motions must be filed no later than **July 6, 2023**. Motions in

---

[1] The Speedy Trial Act applies to Class A misdemeanors and felonies charged in an information or indictment. *See* 18 U.S.C. § 3161(b), (c)(1); *United States v. Nickerson*, 731 F.3d 1009, at 1012-1014 (9th Cir. 2013). In this case, however, Defendants are charged by way of a Criminal Complaint with Class B misdemeanors. (Dkt. 1.) The Court includes findings relevant to excludable time under the Speedy Trial Act herein for completeness, and to ensure Defendants rights have been fully considered and protected.

ORDER - 2

limine must be filed on or before **July 20, 2023**. Trial briefs or statements, proposed voir dire, proposed jury instructions, and proposed verdict forms must be filed no later than **August 14, 2023**. All pretrial filings shall be made as directed in the Criminal Procedural Orders previously entered and all other provisions of the Criminal Procedural Orders remain in effect, except as otherwise ordered herein or directed by the Court. (Dkt. 14, 17, 47.)

IT IS FURTHER ORDERED that any and all period of delay resulting from this continuance, from the date of this order until the rescheduled trial is deemed EXCLUDABLE TIME pursuant to 18 U.S.C. § 3161(h)(1) and (7).

DATED: June 20, 2023

_____
Honorable Debora K. Grasham
United States Magistrate Judge